McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036
Fax No: (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO OSEGUERA PEREZ, | ) | 1:06-CV-0071 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from August 7, 2006 to September 6, 2006.

//
//
//
//
//
//
//
//

This is defendant's first request for an extension of time to file defendant's response to plaintiff's opening brief.  Defendant requests the additional time to further review the file and prepare a response in this case.

                                       Respectfully submitted,

Dated: August 1, 2006        /s/ Henry Reynolds
                                  (As authorized via facsimile)
                                  HENRY REYNOLDS
                                  Attorney for Plaintiff

Dated: August 1, 2005        McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   August 2, 2006**        **/s/ Lawrence J. O'Neill**
b9ed48                               UNITED STATES MAGISTRATE JUDGE